# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Amy Carmen, | ) CASE NO: 1:25-cv-01671 |
| *Plaintiff,* | ) |
| | ) Judge: Charles Esque Fleming |
| v. | ) |
| | ) **UNOPPOSED MOTION TO PERMIT** |
| Penske Media Corporation, *et al.* | ) **LEGAL INTERNS TO PARTICIPATE IN** |
| | ) **PROCEEDINGS ON BEHALF OF** |
| *Defendants.* | ) **DEFENDANTS CLAYTON AND** |
| | ) **KATHRYN CARMEN, WITH** |
| | ) **MEMORANDUM IN SUPPORT** |

Defendants Clayton and Kathryn Carmen move this Court, under Local Civil Rule 83.6, to permit Certified Legal Interns currently enrolled at Case Western University School of Law to participate in this matter on their behalf as though they were duly licensed attorneys. Defendants seek permission for current law students Alaina Alessio, Anthony Falbo, Atticus G. Williams, Hannah Taylor, Joshua Marshall, and Vincent Romero to participate in this matter on their behalf. Counsel for Plaintiff and the Rolling Stone Defendants have indicated they do not oppose this motion. A Memorandum in Support is attached.

Respectfully Submitted,

*/s/ Sara Coulter*
Sara Coulter (Ohio Bar No. 0096793)
DR. FRANK STANTON FIRST AMENDMENT CLINIC
MILTON AND CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-6855
Fax: (216) 368-5137
*Attorneys for Defendants Clayton and Kathryn Carmen*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Amy Carmen, | ) CASE NO: 1:25-cv-01671 |
| *Plaintiff,* | ) <br> ) Judge: Charles Esque Fleming |
| v. | ) <br> ) **MEMORANDUM IN SUPPORT OF** <br> **MOTION TO PERMIT LEGAL INTERNS** |
| Penske Media Corporation, *et al.* | ) **TO PARTICIPATE IN PROCEEDINGS ON** <br> ) **BEHALF OF DEFENDANTS CLAYTON** |
| *Defendants.* | ) **AND KATHRYN CARMEN** <br> ) |

The undersigned, a supervising attorney at the First Amendment Clinic at the Milton and Charlotte Kramer Law Clinic at Case Western Reserve University School of Law is counsel of record for Defendants Clayton and Kathryn Carmen in this matter along with Attorney Geronimo.

The undersigned advises the Court that Alaina Alessio, Anthony Falbo, Atticus G. Williams, Hannah Taylor, Joshua Marshall, and Vincent Romero, who are currently enrolled at Case Western Reserve University School of Law, are Certified Legal Interns under Ohio Sup. Ct. R. Gov.Bar II(1)(3), and are therefore already permitted to participate in litigation matters in Ohio State Courts under the supervision of the undersigned. Defendants therefore move the Court to permit the above-mentioned Certified Legal Interns to participate in this matter on their behalf as though they are duly licensed attorneys in cases pending before this Court.

Local Civil Rule 83.6 permits law-student representation in these circumstances. The applicable provisions of that rule permit law students to participate if:

  (1) they are "enrolled in a school of law accredited by the American Bar Association";

  (2) they have "completed one-half of the credit hours required for graduation";

  (3) parties to the litigation "have advised the Court that they agree to the student[s'] participation and that full explanation has been made of the student[s'] status"; and

  (4) "the student[s] shall receive no compensation, directly or indirectly, for participation, other than the award of academic credit."

*See* Local Civil Rule 83.6.

  The undersigned supervising attorneys represent that the above-mentioned Certified Legal Interns satisfy all stated criteria. In addition, Defendants Clayton and Kathryn have received a full explanation of the Legal Interns' statuses and has agreed to the Interns' participation on their behalf. Counsel for Plaintiff and the Rolling Stone Defendants represented to Defendants' Counsel on October 13, 2025, that they did not oppose Certified Legal Intern participation in this case. The undersigned also advises the Court that supervising attorneys from the Law Clinic will be present with the Legal Interns during any Court proceedings in which the Defendants' interests may be implicated.

  Pursuant to Local Civil Rule 83.6(b), the Legal Interns "shall receive no compensation, directly or indirectly, for participation, other than the award of academic credit by the student's law school." However, pursuant to Ohio Sup. Ct. R. Gov.Bar II(6), "the law school clinic, legal aid bureau, public defender's office, or other legal services organization may be awarded attorney fees for services rendered by the legal intern consistent with the Ohio Rules of Professional Conduct and as provided by law." The Legal Interns receive no direct or indirect compensation for fees awarded to Clinic clients.

For the reasons set forth above, Defendants Clayton and Kathryn Carmen respectfully request that the Court grant their Motion to permit Alaina Alessio, Anthony Falbo, Atticus G. Williams, Hannah Taylor, Joshua Marshall, and Vincent Romero to participate in this matter before the Court as counsel for Defendants.

    Respectfully submitted,

    */s/ Andrew C. Geronimo*
    Andrew C. Geronimo (Ohio Bar No. 0086630)
    *Supervising Attorney*
    */s/ Sara Coulter*
    Sara Coulter (Ohio Bar No. 0096793)
    *Supervising Attorney*
    DR. FRANK STANTON FIRST AMENDMENT CLINIC
    MILTON AND CHARLOTTE KRAMER LAW CLINIC
    CASE WESTERN RESERVE UNIVERSITY
    SCHOOL OF LAW
    11075 East Blvd.
    Cleveland, Ohio 44106
    P: (216)-368-6855 F: (216)-368-2086
    *Attorneys for Defendants Clayton and Kathryn Carmen*

## PROOF OF SERVICE

I hereby state that on October 14, 2025, a copy of the foregoing *Unopposed Motion to Permit Legal Interns to Participate in Legal Proceedings and Memorandum in Support* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sara Coulter*
Sara Coulter (Ohio Bar No. 0096793)
*Attorney for Defendants Clayton and Kathryn Carmen*