

Taylor Dykema PLLC

Edward A. Paltzik, Esq.
Attorney
Direct: 516-526-0341
edward@taylordykema.com
914 E. 25th St.
Houston, TX 77009

Meredith Lloyd
Attorney
Direct: 614-557-4107
meredith@taylordykema.com
490 City Park Ave, Suite B3
Columbus, OH 43215

October 16, 2025

VIA ECF

Hon. Charles Esque Fleming
U.S. District Court, Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Ave, Courtroom 17A
Cleveland, OH 44113

Re:   Letter Motion Seeking Personal Service of Fred Carmen in the matter of *Carmen v. Penske Media Corporation et al.,* Case No. 1:25-cv-01671-CEF

Dear Judge Fleming;

This firm represents Amy Carmen, the Plaintiff in the above-captioned matter. We respectfully submit this letter motion seeking approval to effectuate service of process by delivering a copy of the Summons and Complaint to Fred Carmen, the last unserved defendant in this matter, via personal service.

Plaintiff's counsel has twice requested a waiver of service from Fred Carmen via email, and has attempted to serve him with the Complaint and Summons in this matter via certified mail. Copies of the emailed waiver request (sent on August 14, 2025 and August 18, 2025 to separate email addresses), and the certified mail receipt is attached to this submission. Plaintiff's waiver request was unanswered, and the certified mail service was returned to the Clerk of this Court, undelivered to Fred Carmen, on or about September 19, 2025.

Therefore, pursuant to Local Rule 4.2 and Civ.R. 4.1(B), Plaintiff requests that the Court authorize service of process by a person designated by this Court to serve civil process under Civ. R. 4.1(E).

We thank the Court for its time and attention to this matter.

                                                          Respectfully Submitted,

                                                          */s/ Meredith Lloyd*
                                                          Meredith Lloyd, Esq.

                                                          *Counsel for Plaintiffs*



| | |
|---|---|
| **Subject:** | Notice of Lawsuit and Request for Waiver of Service |
| **Date:** | Monday, August 18, 2025 at 12:36:39 PM Eastern Daylight Time |
| **From:** | Meredith Lloyd |
| **To:** | fred@fcarmenlaw.com |
| **CC:** | Edward Paltzik |
| **Attachments:** | Complaint[6].pdf, Civil Cover Sheet[56].pdf, Waiver[67].pdf, Exhibit A[100].pdf, Summons- Fred.pdf, Fred Waiver Request.pdf |

Good afternoon Fred,

My name is Meredith Lloyd, and I am an attorney with Taylor Dykema, PLLC. We represent Amy Carmen, the plaintiff in Case No. 1:25-cv-1671, which was recently filed in the U.S. District Court for the Northern District of Ohio. We sent this email to your former address, fncarm@aol.com, but received an "undeliverable" notification. The Complaint, Summons, and Exhibits are attached to this email, together with a formal request to waive service and a waiver for your signature.

Please confirm receipt of this email and let us know if you're willing to waive service. We look forward to your response.

Best,
Meredith

Meredith Lloyd
Registered Patent Attorney

Taylor Dykema, PLLC
490 City Park Ave, Suite B3
Columbus, OH 43215

(614) 557-4107
meredith@taylordykema.com

4

| | |
|---|---|
| **Subject:** | Notice of Lawsuit and Request for Waiver of Service of Summons |
| **Date:** | Thursday, August 14, 2025 at 5:19:25 PM Eastern Daylight Time |
| **From:** | Meredith Lloyd |
| **To:** | fncarm@aol.com |
| **CC:** | Edward Paltzik |
| **Attachments:** | Complaint.pdf, Civil Cover Sheet.pdf, Waiver.pdf, Exhibit A.pdf, Summons- Fred.pdf, Fred Waiver Request.pdf |

Good afternoon Fred,

My name is Meredith Lloyd, and I am an attorney with Taylor Dykema, PLLC. We represent Amy Carmen, the plaintiff in Case No. 1:25-cv-1671, which was recently filed in the U.S. District Court for the Northern District of Ohio. The Complaint, Summons, and Exhibits are attached to this email, together with a formal request to waive service and a waiver for your signature.

Please let us know if you're willing to waive service. We look forward to your response.

Best,
Meredith

Meredith Lloyd
Registered Patent Attorney

Taylor Dykema, PLLC
490 City Park Ave, Suite B3
Columbus, OH 43215

(614) 557-4107
meredith@taylordykema.com

5