# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

**AMY CARMEN**

)
*Plaintiff*
)
)
v.
)
)  Civil Action No. 1:25-cv-1671
)
**ANDY GREENE; KATHRYN L. CARMEN; PENSKE**
)
**MEDIA CORPORATION; FRED N. CARMEN;**
)
**CLAYTON E. CARMEN**
)
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Jesse Lansing, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Fred Carmen in Cuyahoga County, OH on October 30, 2025 at 11:24 am at 776 Village Trail, Gates Mills, OH 44040 by personal service by handing the following documents to an individual identified as Fred Carmen. Proof Colorado, LLC mailed a copy of the documents via Certified Mail to 776 Village Trail, Gates Mills, OH 44040 on October 30, 2025 with tracking number 9214890260895003918978 (See ExhibitsM1a, M1b).

Summons in a Civil Action
Complaint
Cover Sheet
Exhibit(s)

White Male, est. age 65+, glasses: Y, Gray hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.543075,-81.4233116667
Photograph: See Exhibit 1

Total Cost: $226.70

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Lake County_____ ,

_OH_____ on _10/31/2025_____ .

/s/ *Jesse Lansing*
_____
Signature
Jesse Lansing
+1 (440) 226-0888



Exhibit 1a)

# Mailing 1 - Service Evidence

## Exhibit M1a - Proof of Service

**Document Type:** Proof of Service

**Document Name:** mailing-proof-of-service-72178

*This document is attached as part of this exhibit and forms part of this affidavit.*

## Exhibit M1b - Certificate of Acceptance

**Document Type:** Certificate of Acceptance

**Document Name:** mailing-proof-of-acceptance-72178

*This document is attached as part of this exhibit and forms part of this affidavit.*

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:

Taylor Dykema Pllc
Taylor Dykema Pllc
Telephone: (713) 299-6404
Email:

**FOR COURT USE ONLY**

## PROOF OF SERVICE BY FIRST-CLASS MAIL

CASE NUMBER/S:

1298560

1.  I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is:

    Edex Information Systems, Inc.
    255 New York Ranch Road, Suite # F
    Jackson, CA 95642

3.  On (date)   10/30/2025     the following documents were served from (city & state):    Jackson, California

    1.  Summons- Fred.pdf
    2.  Complaint[6].pdf
    3.  Exhibit A[100].pdf
    4.  Civil Cover Sheet[56].pdf

    [ ]   Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4.  The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5.  The names and addresses of each person to whom I mailed the documents:

    1.  Fred Carmen [Certified Mail Return Receipt Elect]
        776 Village Trail Gates Mills, OH 44040-9660

[ ]   Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date:   10/30/2025

Charles Bowen

_____
(Name of person completing this form)

▶

_____
(Signature of person completing this form)

This page left intentionally blank

# CERTIFIED MAIL ACCEPTANCE RECEIPT

EDEX Information Systems Inc. /209-223-3461 / edexis.com

**The US Postal Service accepted this mailing at the time shown in the certification seal at right. EDEXIS has stored this USPS acceptance data for your records. You may verify this data by scanning the QR code or visiting the USPS website shown below.**



ACCEPTED
10/30/2025
Jackson, CA 95642

**USPS TRACKING#**  9214 8902 6089 5003 9189 78

For tracking history, scan the QR code to the right or click on the website address below:

https://edexis.com/tracking.htm?spk=002470265&did=4917164

Access the official USPS tracking webpage to add tracking notifications by clicking on the website address below:

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890260895003918978



Sender (from):

Proof Tech

,

| EDEXIS OrderID: 2470265 | Return Receipt (Electronic): YES |
|---|---|
| Acceptance Date: 10/30/2025 | USPS Post Office: Jackson CA 95642 |

Recipient (sent to):

Fred Carmen
776 Village Trail
Gates Mills, OH 44040-9660

First Class Letter

## Certification of US Postal Service Acceptance

We hereby certify the United States Postal Service accepted this mailing from EDEXIS at the time shown in the certification seal above.

**COMPLIANCE STATEMENT**: EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industry in the United States. We are not a party to any matter or action related to the Sender or Reciever of this mailing.

We confirm USPS acceptance by requiring each Certified Mail barcode is electronically scanned by a postal service employee in our presence when we deposit mail at a US Post Office. We further confirm acceptance by later verifying each Certified Mail tracking number we produce shows an acceptance scan in the USPS tracking data we receive electronically from the postal service. For questions about this mailing, please email support@edexis.com and provide the order number and tracking number shown above.