**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| AMY CARMEN,<br><br>               Plaintiff,<br><br>    vs.<br><br>PENSKE MEDIA CORPORATION, ANDY GREENE, FRED N. CARMEN, CLAYTON E. CARMEN, and KATHRYN L. CARMEN<br><br>               Defendants. | **Case No. 1:25-cv-01671**<br><br>**Judge Charles Esque Fleming**<br><br><br>**Jury Trial Demanded** |

**<u>Consent Motion for Extension of Deadlines</u>**

Plaintiff, Amy Carmen ("Plaintiff"), hereby moves, by and through counsel, to extend certain deadlines for filing papers in connection with the Motion to Dismiss filed by Fred Carmen [ECF 29]. Defendants Penske Media Corporation, Andy Greene, Clayton E. Carmen, Kathryn L. Carmen, and Fred Carmen have consented to the relief requested in this Motion.

Plaintiff respectfully submits that the requested extension is appropriate since it will accommodate several of Plaintiff's counsel's religious observance of Passover, which began on April 1 and will continue into next week, and because it will minimize conflict with an upcoming trial that Plaintiff's counsel will be conducting, which is scheduled to begin on April 20, 2026. No previous requests for extensions of these deadlines have been made.

WHEREFORE, Plaintiff respectfully requests that this Court issue an Order extending upcoming deadlines related to Fred Carmen's Motion to Dismiss as follows:

1

| Filing | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Response to Fred Carmen's Motion to Dismiss | April 6, 2026 | April 28, 2026 |
| Fred Carmen's Reply in Further Support of his Motion to Dismiss | April 13, 2026 | May 5, 2026 |

Date: April 2, 2026

Respectfully submitted,


/s/ Meredith Lloyd
Edward Andrew Paltzik, Esq.
Meredith R. Lloyd, Esq.  (State Bar No. 0102173)

Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
meredith@taylordykema.com

*Counsel for Plaintiff Amy Carmen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, the foregoing Motion for Extension was filed via ECF. Notice and a copy of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Meredith Lloyd
Meredith Lloyd, Esq. (0102173)