**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

AMY CARMEN,

                Plaintiff,

      vs.

PENSKE MEDIA CORPORATION, ANDY
GREENE, FRED N. CARMEN, CLAYTON E.
CARMEN, and KATHRYN L. CARMEN

                Defendants.

**Case No. 1:25-cv-01671**

**Judge Charles Esque Fleming**

**Jury Trial Demanded**

### Consent Motion for Extension of Deadlines

Plaintiff Amy Carmen ("Plaintiff"), hereby moves, by and through counsel, to extend certain deadlines for filing papers in connection with the Motion to Dismiss filed by Fred Carmen [ECF 29]. Defendant Fred Carmen has consented to the relief requested in this Motion, and Plaintiff respectfully submits that the other Defendants are not impacted by this request.

Plaintiff respectfully submits that the requested extension is appropriate since it will accommodate conflicts in Plaintiff's counsel's schedule, including those arising from preparation for trial which was set to begin last Monday. One previous request for extension of these deadlines has been granted.

WHEREFORE, Plaintiff respectfully requests that this Court issue an Order extending upcoming deadlines related to Fred Carmen's Motion to Dismiss as follows:

1

| Filing | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Response to Fred Carmen's Motion to Dismiss | April 28, 2026 | May 12, 2026 |
| Fred Carmen's Reply in Further Support of his Motion to Dismiss | May 5, 2026 | May 19, 2026 |

Date: April 24, 2026

Respectfully submitted,


*/s/ Meredith Lloyd*
Edward Andrew Paltzik, Esq.
Meredith Lloyd, Esq.  (State Bar No. 0102173)

Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com
meredith@taylordykema.com

*Counsel for Plaintiff Amy Carmen*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, the foregoing Motion for Extension was filed via ECF. Notice and a copy of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Meredith Lloyd
Meredith Lloyd, Esq. (0102173)